IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MICHAEL J. BROWN,

Defendant.

**8:26-CR-70**

**ADOPTION OF MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION ON PLEA OF GUILTY**

This matter is before the Court on the magistrate judge's Findings and Recommendation, Filing 25, recommending that the Court accept the defendant's plea of guilty to Counts I and II of the Indictment. There are no objections to the findings and recommendation. Pursuant to 28 U.S.C. § 636(b)(1)(C) and NECrimR 11.2(d), the Court has conducted a de novo review of the record and adopts the findings and recommendation of the magistrate judge.

The Court notes that at the change of plea hearing, the magistrate judge informed the defendant that the minimum term of supervised release that the defendant faces under Count I of the Indictment is five years. Filing 30 at 10. The defendant's Petition to Enter a Plea of Guilty, Filing 27, and his Plea Agreement, Filing 28, likewise suggest that the defendant is facing a minimum of five years supervision under Count I. Count I of the Indictment charges the defendant with "Possession with Intent to Distribute Cocaine" "[i]n violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1)(B)." Filing 1 at 1. Under the statutes the defendant is charged with violating in Count I, the minimum term of supervised release that he may receive is four years. 21 U.S.C. § 841(b)(1)(B) ("Notwithstanding section 3583 of title

18, any sentence imposed under this subparagraph shall, in the absence of such a prior conviction, include a term of supervised release of at least 4 years in addition to such term of imprisonment. . . ."). Nonetheless, the Court finds these misstatements to be harmless because they did not affect the defendant's substantial rights. *See* Fed. R. Crim. P. 11(h). The defendant's decision to plead guilty could not have been affected by being advised that he faced a minimum supervised release term for Count I greater than the one authorized in this case. *See United States v. Molzen*, 382 F.3d 805, 807 (8th Cir. 2004); *United States v. Electrodyne Sys. Corp.*, 147 F.3d 250, 253 (3d Cir. 1998). The Court further notes that both parties waived any objection to the magistrate judge's findings and recommendation because no objections were filed. Accordingly,

IT IS ORDERED:

1. The magistrate judge's Findings and Recommendation, Filing 25, is adopted;

2. The defendant is found guilty. The plea is accepted. The Court finds that the plea of guilty is knowing, intelligent, and voluntary, and that a factual basis exists for the plea;

3. The Court defers acceptance of any plea agreement until it has reviewed the presentence report, pursuant to Fed. R. Crim. P. 11(c)(3); and

4. This case shall proceed to sentencing.

Dated this 30th day of October, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge