IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. BROWN,<br><br>Defendant. | **8:26CR70**<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

This matter is before the Court upon the Government's Motion for Preliminary Order of Forfeiture. Filing 32. The Court has carefully reviewed the record in this case and finds as follows:

1. On October 2, 2026, the Court held a change of plea hearing whereby Michael J. Brown ("Brown") entered a plea of guilty to Counts I and II of the Indictment and admitted to the Forfeiture Allegation. Filing 23 (text minute entry); Filing 28.

2. Count I of the Indictment charged Brown with possession with intent to distribute 500 grams or more of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B). Filing 1.

3. Count II of the Indictment charged Brown with using or carrying a firearm during and in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A). Filing 1.

4. The Forfeiture Allegation sought forfeiture, pursuant to 21 U.S.C. § 853, of $100,900.00 United States currency as "any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense."

5. The Forfeiture Allegation sought forfeiture, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), of "any firearms, ammunition, and firearm attachments or accessories involved in the commission of the offense" including a Glock 43X 9mm handgun.

6. On May 26, 2026, a Notice of Administrative Forfeiture was filed noticing the Court that the $100,900.00 United States currency had been administratively forfeited. Filing 15.

7. Based on the Defendant's guilty plea and admission, Defendant forfeits his interest in the Glock 43X 9mm handgun, and the Government is entitled to possession of any interest Defendant has in the Glock 43X 9mm handgun, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

8. The Government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1. The Government's Motion for Preliminary Order of Forfeiture, Filing 32, is granted.

2. Based upon the Forfeiture Allegation of the Indictment, Filing 1, and Defendant's guilty plea and admission, the Government is hereby authorized to seize the Glock 43X 9mm handgun.

3. Defendant's interests in the Glock 43X 9mm handgun, is hereby forfeited to the Government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The Glock 43X 9mm handgun, is to be held by the Government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the Government shall publish for at least thirty consecutive days on an official internet Government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the Government 's intent to dispose of the Glock 43X 9mm handgun, in such manner as the Attorney General may direct, and

notice that any person, having or claiming a legal interest in the Glock 43X 9mm handgun, must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the Glock 43X 9mm handgun, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the Glock 43X 9mm handgun, and any additional facts supporting the Petitioner's claim and the relief sought.

7. The Government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the Glock 43X 9mm handgun, as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 24th day of November, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge